## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMAN INTERNATIONAL INDUSTRIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> VOXX INTERNATIONAL CORP. and KLIPSCH GROUP, INC., <br><br> *Defendants*. | C.A. No. 24-1411 <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Matthew Satchwell, of the law firm DLA Piper LLP (US), 444 West Lake Street, Suite 900, Chicago, IL 60606-0089; Amy Lydon, of the law firm DLA Piper LLP (US), 33 Arch Street, 26th Floor, Boston, MA 02110-1447; Stephanie Piper, of the law firm DLA Piper LLP (US), 1251 Avenue of the Americas, Floor 27, New York, NY 10020-1104; and John McDermott, of the law firm DLA Piper LLP (US), 500 Eighth Street, NW, Washington, DC, 20004, to represent Plaintiff Harman International Industries, Inc. in this action.

| | |
|---|---|
| Dated: December 30, 2024 | Respectfully submitted, |
| Matthew Satchwell (*pro hac vice* pending)<br>**DLA PIPER LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, IL, 60606-0089<br>Telephone: 312.368.2111<br>Facsimile: 312.236.7516<br>matthew.satchwell@us.dlapiper.com | */s/ Matthew S. Middleton*<br>Brian A. Biggs (Bar No. 5591)<br>Jeffrey T. Castellano (Bar No. 4837)<br>Matthew S. Middleton (Bar No. 6877)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801-1147<br>Telephone: 302.468.5700<br>Facsimile: 302.394.2341<br>brian.biggs@us.dlapiper.com<br>jeff.castellano@us.dlapiper.com<br>matthew.middleton@us.dlapiper.com |
| Amy Lydon (*pro hac vice* pending)<br>**DLA PIPER LLP (US)**<br>33 Arch Street, 26th Floor<br>Boston, MA, 02110-1447<br>Telephone: 617.406.6003<br>Facsimile: 617.406.6202<br>amy.lydon@us.dlapiper.com | *Attorneys for Plaintiff Harman International Industries Inc.* |

Stephanie Piper (*pro hac vice* pending)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, Floor 27
New York, NY 10020-1104
Telephone: 212-335-4726
Facsimile: 212.335.4501
stephanie.piper@us.dlapiper.com

John McDermott (*pro hac vice* pending)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC, 20004
Telephone: 202.799.4461
Facsimile: 202.799.5000
john.mcdermott@us.dlapiper.com

## **ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for the District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk of the Court upon filing of this motion.

Dated: December 30, 2024                **DLA PIPER LLP (US)**

*/s/ Matthew Satchwell*
Matthew Satchwell
444 West Late Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312-368-2111
matthew.satchwell@us.dlapiper.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for the District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk of the Court upon filing of this motion.

Dated: December 30, 2024　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　　*/s/ Amy Lydon*
　　　　　　　　　　　　　　　　　　　　　Amy Lydon
　　　　　　　　　　　　　　　　　　　　　33 Arch Street, 26th Floor
　　　　　　　　　　　　　　　　　　　　　Boston, MA, 02110-1447
　　　　　　　　　　　　　　　　　　　　　Telephone: 617-406-6003
　　　　　　　　　　　　　　　　　　　　　amy.lydon@us.dlapiper.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for the District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk of the Court upon filing of this motion.

Dated: December 30, 2024  **DLA PIPER LLP (US)**

*/s/ Stephanie Piper*
Stephanie Piper
1251 Avenue of the Americas, Floor 27
New York, NY 10020-1104
Telephone: 212-335-4726
stephanie.piper@us.dlapiper.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for the District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk of the Court upon filing of this motion.

Dated: December 30, 2024                    **DLA PIPER LLP (US)**

*/s/ John McDermott*
John McDermott
500 Eighth Street, NW
Washington, DC 20004
Telephone: 202-799-4461
john.mcdermott@us.dlapiper.com