# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMAN INTERNATIONAL INDUSTRIES, INC., *Plaintiff*, v. VOXX INTERNATIONAL CORP. and KLIPSCH GROUP, INC., *Defendants*. | C.A. No. 24-1411-GBW JURY TRIAL DEMANDED |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Stephanie Piper on behalf of Plaintiff Harman International Industries, Inc. is hereby withdrawn, as she is no longer with the firm.

PLEASE TAKE FURTHER NOTICE that Stephanie E. O'Byrne hereby enters her appearance on behalf of Plaintiff Harman International Industries, Inc.

Dated: July 17, 2025

Matthew Satchwell (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL, 60606-0089
Telephone: 312.368.2111
Facsimile: 312.236.7516
matthew.satchwell@us.dlapiper.com

Amy Lydon (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA, 02110-1447
Telephone: 617.406.6003
Facsimile: 617.406.6202
amy.lydon@us.dlapiper.com

**DLA PIPER LLP (US)**

/s/ *Stephanie E. O'Byrne*
Jeff Castellano (DE Bar No. 4837)
Stephanie E. O'Byrne (DE Bar No. 4446)
Matthew S. Middleton (DE Bar No. 6877)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
jeff.castellano@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com
matthew.middleton@us.dlapiper.com

*Attorneys for Plaintiff Harman International Industries, Inc.*

John McDermott (admitted *Pro Hac Vice)*
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC, 20004
Telephone: 202.799.4461
Facsimile: 202.799.5000
john.mcdermott@us.dlapiper.com

1621880146.1