# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HARMAN INTERNATIONAL
INDUSTRIES, INC.

*Plaintiff*,

v.

VOXX INTERNATIONAL CORP. and
KLIPSCH GROUP, INC.,

*Defendants*.

C.A. No. 24-1411-GBW

**JURY TRIAL DEMANDED**

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement Agreement, Plaintiff, Harmon International Industries, Inc. ("Harmon") and Defendants, VOXX International Corp. and Klipsch Group, Inc. (collectively "VOXX") have agreed to settle all claims between Harmon and VOXX in the above-captioned action. Harman and VOXX therefore stipulate to dismiss all claims by Harman against VOXX in this proceeding with prejudice to re-filing of the same, subject to the terms of the Settlement Agreement between the parties.

Harman and VOXX further stipulate that the U.S. District Court for the District of Delaware (the "Court") shall retain jurisdiction for purposes of enforcing this Agreement, all disputes and litigation regarding this Agreement, and its construction, and matters connected with its performance are subject to the exclusive jurisdiction of the Court.

Harman and VOXX further stipulate that all costs and expenses relating to this litigation shall be borne solely by the party incurring the same. A proposed Order is filed concurrently

herewith.

So Stipulated:

Dated: January 26, 2026

**DLA PIPER LLP (US)**

/s/ *Jeff Castellano*
_____
Jeff Castellano (DE Bar No. 4837)
Stephanie E. O'Byrne (DE Bar No. 4446)
Matthew S. Middleton (DE Bar No. 6877)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
jeff.castellano@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com
matthew.middleton@us.dlapiper.com

Matthew Satchwell (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL, 60606
Telephone: (312) 368-2111
Facsimile: (312) 236-7516
matthew.satchwell@us.dlapiper.com

*Attorneys for Plaintiff Harman International Industries, Inc.*

**BAYARD, P.A.**

/s/ *Ronald P. Golden*
_____
Stephen B. Brauerman (DE Bar No. 4952)
Ronald P. Golden (DE Bar No. 6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants VOXX International Corp. & Klipsch Group, Inc.*