IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMAN INTERNATIONAL INDUSTRIES, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>VOXX INTERNATIONAL CORP. and KLIPSCH GROUP, INC.,<br><br>*Defendants.* | C.A. No. 24-1411-GBW<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The parties having entered into a Settlement Agreement stipulate to the entry of an Order dismissing the lawsuit with prejudice. The Court being fully apprised of the premises, enters the following Order.

**IT IS HEREBY ORDERED:**

The above action, including all claims, is dismissed with prejudice and without costs or attorneys' fees to either party.

The U.S. District Court for the District of Delaware (the "Court") shall retain jurisdiction for purposes of enforcing this Agreement, all disputes and litigation regarding this Agreement, and its construction, and matters connected with its performance are subject to the exclusive jurisdiction of the Court.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____
The Honorable Gregory B. Williams
United States District Judge