AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>24 CV 1411-GBW | DATE FILED<br>12/24/2024 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Harman International Industries, Inc. | | DEFENDANT<br>VOXX International Corp. and Klipsch Group, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D913,991 | March 23, 2021 | Harman International Industries Inc. |
| 2 | D914,639 | March 30, 2021 | Harman International Industries Inc. |
| 3 | D918,173 | May 4, 2021 | Harman International Industries Inc. |
| 4 | D921,612 | June 8, 2021 | Harman International Industries Inc. |
| 5 | D944,772 | March 1, 2022 | Harman International Industries Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D1,000,419 | October 3, 2023 | Harman International Industries Inc. |
| 2 | D1,000,420 | October 3, 2023 | Harman International Industries Inc. |
| 3 | D1,001,775 | October 17, 2023 | Harman International Industries Inc. |
| 4 | D1,008,220 | December 19, 2023 | Harman International Industries Inc. |
| 5 | D1,011,314 | January 16, 2024 | Harman International Industries Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED |

| CLERK<br>/s/ Randall Lohan | (BY) DEPUTY CLERK | DATE<br>1/28/2026 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

PAGE 1 OF 2

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>24CV1411-GBW | DATE FILED<br>12/24/2024 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Harman International Industries, Inc. | | DEFENDANT<br>VOXX International Corp. and Klipsch Group, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D1,012,068 | January 23, 2024 | Harman International Industries Inc. |
| 2 | D1,012,897 | January 30, 2024 | Harman International Industries Inc. |
| 3 | D1,030,706 | June 11, 2024 | Harman International Industries Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED |

| CLERK<br>/S/ Randall Johan | (BY) DEPUTY CLERK | DATE<br>1/28/2026 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

PAGE 2 OF 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMAN INTERNATIONAL INDUSTRIES, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>VOXX INTERNATIONAL CORP. and KLIPSCH GROUP, INC.,<br><br>*Defendants.* | C.A. No. 24-1411-GBW<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The parties having entered into a Settlement Agreement stipulate to the entry of an Order dismissing the lawsuit with prejudice. The Court being fully apprised of the premises, enters the following Order.

**IT IS HEREBY ORDERED:**

The above action, including all claims, is dismissed with prejudice and without costs or attorneys' fees to either party.

The U.S. District Court for the District of Delaware (the "Court") shall retain jurisdiction for purposes of enforcing this Agreement, all disputes and litigation regarding this Agreement, and its construction, and matters connected with its performance are subject to the exclusive jurisdiction of the Court.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____
The Honorable Gregory B. Williams
United States District Judge